IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
FRANCIS H. KOH TO THE BAR OF
MARYLAND

\* IN THE

\* SUPREME COURT

\* OF MARYLAND

\* AG No. 45

\* September Term, 2024

\*

O R D E R

Upon consideration of the Petition for Reinstatement filed by the Petitioner, Francis H. Koh, in the above-captioned case on February 26, 2025, in which Petitioner petitions for reinstatement to the Bar of Maryland pursuant to Maryland Rule 19-751, and Bar Counsel's consent to the Petition for Reinstatement, it is this 27th day of March 2025,

ORDERED, by the Supreme Court of Maryland, that the Petition for Reinstatement is GRANTED; and it is further

ORDERED, that Francis H. Koh is reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that the Clerk of this Court shall replace the name Francis H. Koh upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.



Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.

/s/ Shirley M. Watts
Senior Justice



Gregory Hilton, Clerk